Raymond D. Powers, WSBA No. 34943
POWERS THOMSON, P.C.
345 Bobwhite Court, Suite 150
Boise, Idaho 83706
(208) 577-5100 Telephone
(208) 577-5101 Facsimile

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON, AT SPOKANE

| | |
|---|---|
| DIANA L. BROWN and CHARLES A. BROWN, individually, and on behalf of their marital community; and CAITLIN A. BROWN, individually,<br><br>Plaintiffs,<br><br>v.<br><br>BRUCE R. GENDRON, M.D.,<br><br>Defendant. | NO. CV-07-221-LRS<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

## **ORDER**

Pursuant to the parties' Stipulation for Dismissal with Prejudice, Ct. Rec. 78, filed in the above-referenced matter:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiffs' cause of action is dismissed with prejudice, all parties to bear their own costs and attorney fees.

//

ORDER FOR DISMISSAL WITH PREJUDICE - 1
(Case No. CV-07-221-LRS)

POWERS THOMSON, P.C.
ATTORNEYS AT LAW
345 BOBWHITE COURT, SUITE 150
BOISE, ID 83706
(208) 577-5100; (208) 577-5101 Fax

DATED this   6th  day of April, 2009.

      s/Lonny R. Suko

Honorable Lonny R. Suko
United States District Judge

**Presented by:**

| Otorowski Johnston Diamond & Golden | POWERS THOMSON PC |
|---|---|
| By:   /s/ Judy I. Massong<br>   Judy I. Massong, WSBA #13160<br>   Otorowski Johnston Diamond & Golden, PLLC<br>   Attorney for the Plaintiffs<br>   298 Winslow Way W.<br>   Bainbridge Island, WA 98110<br>   Telephone: (206) 842-1000<br>   Fax: (206) 842-0797<br>   E-mail: jim@medilaw.com | By:   /s/ Raymond D. Powers<br>   Raymond D. Powers #34943<br>   Powers Thomson PC<br>   Attorneys for Defendant<br>   345 Bobwhite Court, Suite 150<br>   Boise, ID 83706<br>   Telephone: (208) 577-5100<br>   Fax: (208) 577-5101<br>   E-mail: rdp@powersthomson.com |

ORDER FOR DISMISSAL WITH PREJUDICE - 2
(Case No. CV-07-221-LRS)

POWERS THOMSON, P.C.
ATTORNEYS AT LAW
345 BOBWHITE COURT, SUITE 150
BOISE, ID 83706
(208) 577-5100; (208) 577-5101 Fax